PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Mark Moskowitz     Cr.: 17-00109-001
    PACTS #: 3397223

Name of Sentencing Judicial Officer:     THE HONORABLE KATHARINE S. HAYDEN
    SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/27/2017

Original Offense:     Fraud by Wire, Radio, or Television, 18 U.S.C. § 1343

Original Sentence: 33 months imprisonment, 3 years supervised release

Special Conditions: $100 Special Assessment, $694,576.71 Restitution, Alcohol/Drug Testing and Treatment, Financial Disclosure, Mental Health Treatment, New Debt Restrictions, Self-Employment/Business Disclosure, Occupational Restrictions, and Supporting Dependents

Type of Supervision: Supervised Release     Date Supervision Commenced: 01/09/2020

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy financial obligations |

**U.S. Probation Officer Action:**

Throughout his supervision term, Moskowitz has paid $4,600 towards his restitution. The individual under supervision's term of supervision is due to expire on January 8, 2023, with an outstanding restitution balance of $689,976.71. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Mark Moskowitz

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

By: /s/ JOSEPH A. DAGROSSA
Assistant Deputy Chief
U.S. Probation Officer

/bgm

PREPARED BY:

*Brendan G. Murillo*          12/29/2022
BRENDAN G. MURILLO            Date
U.S. Probation Technician

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on January 8, 2023 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

s/Katharine S. Hayden
_____
Signature of Judicial Officer

December 30, 2022
Date